WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Ryan Alex Blanar,<br><br>　　　　Defendant. | CR-09-00516-01-PHX-MHM<br><br><br><br>**ORDER** |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on May 21, 2009.

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that Defendant is unlikely to abide by release conditions that would reasonably assure his appearance at future court proceedings.

**IT IS ORDERED** that Defendant shall be detained until further order of the assigned District Judge.

DATED this 27th day of May, 2009.

　　　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　　United States Magistrate Judge